Richard Delaney KYLES,
Plaintiff–Appellant,

v.

Gerald GARRETT; Troy Fox,
Defendants–Appellees.

No. 04–41455.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 5, 2005.

Richard Delaney Kyles, Rosharon, TX, pro se.

Before GARZA, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Richard Delaney Kyles, Texas prisoner # 257935, appeals the district court's dis-

missal of his 42 U.S.C. § 1983 suit as frivolous. As a threshold matter, we are obligated to examine sua sponte the basis of our jurisdiction. *See Williams v. Chater*, 87 F.3d 702, 704 (5th Cir.1996). Pursuant to FED. R. APP. P. 4(a)(4)(B)(i), the filing of a timely FED. R. CIV. P. 59(e) motion renders a notice of appeal ineffective until the district court enters an order disposing of the motion. Kyles filed a timely Rule 59(e) motion, but filed his notice of appeal before the district court ruled on the motion. His notice of appeal is, therefore, ineffective.

Consequently, this case must be remanded, and the record returned, so that the district court may rule on Kyles' Rule 59(e) motion "as expeditiously as possible, consistent with a just and fair disposition thereof." *Burt v. Ware*, 14 F.3d 256, 260–61 (5th Cir.1994). We hold the appeal in abeyance until the notice becomes effective, and we retain jurisdiction over the appeal except for the purposes of the limited remand. We also instruct the clerk of this court to process the appeal immediately upon the return of the case from the district court.

LIMITED REMAND; APPEAL HELD IN ABEYANCE.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.